

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Thomas Dipprey and Desirae Dipprey, and In the Interest of B.D. and L.D.

No. 06-17-00072-CV

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. FA-17-42990). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find the Texas court did not have jurisdiction to determine custody of the children. Therefore, we reverse those portions of the decree that address the custody of B.D. and L.D. and strike those provisions from the decree. We affirm the remainder of the decree.

We further order that Thomas Dipprey pay all costs of this appeal.

RENDERED OCTOBER 27, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk